NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-5053 / Fax: (702) 388-5087
brandon.jaroch@usdoj.gov

*Counsel for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-cr-00346-RFB-GWF |
| Plaintiff, | STIPULATION TO CONTINUE RESPONSE ECF # 30  (First Request) |
| vs. | |
| JADIE  HALL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, Brandon C. Jaroch, Assistant United States Attorney, counsel for the United States of America, and Thomas P. Pitaro Esq., counsel for Jadie Hall:

THAT THE PARTIES' DEADLINE TO SUBMIT A RESPONSE TO A MOTION TO SUPRESS EVIDENCE ECF # 30, currently scheduled for February 18, 2019, be continued until March 4, 2019.

This Stipulation is entered into for the following reasons:

1. The Assistant United States Attorney is currently out of the office until February 19th.

2. The parties agree to the continuance.

3. The denial of this request for continuance could result in a miscarriage of justice.

4. This is the first request to continue this response deadline.

Dated this the 14th day of February, 2019.

Respectfully Submitted,

NICHOLAS A. TRUTANICH
United States Attorney

_/s/ Brandon C. Jaroch_
BRANDON C. JAROCH
Assistant United States Attorney

_/s/ Thomas P. Pitaro, ESQ._
THOMAS P. PITARO, ESQ.
Counsel for JADIE HALL

## ORDER

IT IS ORDERED that the parties' deadline TO SUBMIT A RESPONSE TO A MOTION TO SUPRESS EVIDENCE, currently scheduled for February 18, 2019, is vacated and continued to March 4, 2019.

DATED: February 15, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE