## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00346-RFB-GWF |
| Plaintiff, | MINUTES OF THE COURT |
| v. | DATED: July 25, 2019 |
| JADIE LAMAR HALL, | |
| Defendant. | |

THE HONORABLE **RICHARD F. BOULWARE, II.**  UNITED STATES DISTRICT JUDGE

DEPUTY CLERK BLANCA LENZI          COURT REPORTER  PATTY GANCI

COUNSEL FOR PLAINTIFF(S)    ANDREW DUNCAN, AUSA

COUNSEL FOR DEFENDANT(S)   DUSTIN MARCELLO, ESQ.

MINUTES OF PROCEEDINGS: **MOTION/EVIDENTIARY HEARING**

The Court convened at 1:45 PM.

The defendant is present in custody with no restraints for court proceedings. FBI Special Agent Jackie Gross is present at Government counsel table.

The Court makes preliminary statements and hears representations of counsel regarding the suppression basis of a renewed motion to suppress and government's opposition or response. For the reasons stated at the hearing, IT IS ORDERED that Defendant's renewed motion to suppress is due August 2, 2019; Government's response is due August 23, 2019.

IT IS FURTHER ORDERED that the Defendant's [30] Motion to Suppress is DENIED without prejudice given the renewed motion to suppress.

IT IS FURTHER ORDERED that the jury trial set for August 12, 2019 is VACATED and continued to November 18, 2019 at 9:00 AM in LV Courtroom 7C before Judge Richard F. Boulware, II. The Court confirms defendant's consent, grants the oral request for continuance as to the need for the Court to hear the renewed motion to suppress, evidentiary hearing and issue a decision in this case which may impact the preparation for trial, the Court finds that the additional time is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D), considering the factors under Title 18, United States Code, Section 3161(h)(7)(A)(i). The time between now and November 18, 2019 is excluded. This continuance is excludable under the Speedy Trial Act and the time has been excluded.

**United States of America vs. Jadie Lamar Hall**
**2:18-cr-00346-RFB-GWF**
**Evidentiary Hearing- Thursday, July 25, 2019**                                    **Page 2**

IT IS FURTHER ORDERED that calendar call set for August 6, 2019 VACATED and continued to November 12, 2019 at 1:30 PM in LV Courtroom 7C before Judge Richard F. Boulware, II. Jury Instructions, Exhibit/Witness Lists and Proposed Voir Dire are due November 7, 2019 with Trial Briefs due November 11, 2019. Defendant is remanded to custody.

The Court further directs counsel to reach out to the courtroom deputy regarding the scheduling of the evidentiary hearing in the first two weeks of October, 2019.

The Court is adjourned at 2:15 PM.

                                                                    **DEBRA K. KEMPI, CLERK**
                                                                    **U.S. DISTRICT COURT**
                                                                            **/s/**
                                  BY: _____
                                            Blanca Lenzi, Deputy Clerk