UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00346-RFB-EJY |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JADIE LAMAR HALL, | |
| Defendant. | |

At the hearing held on September 10, 2020, the Court ORDERED that the documents related to the Defendant's MOTION to Suppress (ECF No. 54) and MOTION to Dismiss (ECF No. 70) be released to defense counsel. For the reasons identified at the hearing, the Government's submission of the production of documents subject to redactions is due September 28, 2020, for this Court's consideration. Government is directed to serve a copy to Defense counsel of the redacted submission. Defense counsel's supplement, as deemed necessary, is due October 9, 2020.

DATED: September 10, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge